Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for Debtor

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| In re: | B2 United, LLC | |
|---|---|---|
| | Debtor(s) | Case No. 25-40492-mxm |
| | | Chapter 11 |

## MOTION TO RESTRICT FROM PUBLIC VIEW

COME NOW, B2 United, LLC Debtor, ("Movant"), through its counsel, who moves to RESTRICT FROM PUBLIC VIEW the Debtor's Supplemental Documents 1 and 2 (Doc. 5 & 6) filed on February 10, 2025. These documents were filed in error and include unredacted social security numbers on certain pages. Movant asks that the Court enter an order directing the Clerk of Court to restrict Supplemental Documents 1 and 2 (Doc. 5 & 6) from public view in this case.

DATED: February 11, 2025

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for B2 United, LLC

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was served via ECF notification on the recipients receiving electronic notice in this case.

                                     /s/ Clayton L. Everett
                                     Clayton L. Everett