Fill in this information to identify the case:

Debtor name _____**B2 United LLC**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____**25-40492-11**_____

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Rick Barnes Tarrant County Tax Assessor**

**100 E Weatherford**

**Fort Worth, TX 76196**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** 0  3  8  5

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
 **Property Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,749.26**    Priority amount: **$1,749.26**

**2.2** **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **B2 United LLC** | Case number *(if known)* | **25-40492-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> **Amin Dareria** <br><br> **512 Fuller St** <br><br> **Arlington, TX 76011** <br><br> Date or dates debt was incurred _____ <br><br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ❑ Contingent <br> ❑ Unliquidated <br> ❑ Disputed <br><br> **Basis for the claim:** __Loan__ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ❑ Yes | **$10,000.00** |
| **3.2** **Nonpriority creditor's name and mailing address** <br> **Mariam Thresia LLC** <br><br> **PO Box 311** <br><br> **Coppell, TX 75019** <br><br> Date or dates debt was incurred _____ <br><br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ❑ Contingent <br> ❑ Unliquidated <br> ❑ Disputed <br><br> **Basis for the claim:** __Leasehold__ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ❑ Yes | **unknown** |
| **3.3** **Nonpriority creditor's name and mailing address** <br> **Ranger Wholesale** <br><br> **600 Magic Mile St.** <br><br> **Arlington, TX 76011** <br><br> Date or dates debt was incurred _____ <br><br> Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ❑ Contingent <br> ❑ Unliquidated <br> ❑ Disputed <br><br> **Basis for the claim:** __Vendor__ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ❑ Yes | **$12,145.32** |
| **3.4** **Nonpriority creditor's name and mailing address** <br> **US Small Business Administration** <br><br> **Attn: Bankruptcy Attn: Bankruptcy** <br><br> **409 3rd St , SW Floor 2** <br><br> **Washington, DC 20416** <br><br> Date or dates debt was incurred _____ <br><br> Last 4 digits of account number __7__ __9__ __0__ __0__ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ❑ Contingent <br> ❑ Unliquidated <br> ❑ Disputed <br><br> **Basis for the claim:** __EIDL Loan__ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ❑ Yes | **$10,673.65** |

Debtor      **B2 United LLC**                                                            Case number *(if known)*      **25-40492-11**

      Name

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $1,749.26 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $32,818.97 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $34,568.23 |

Official Form 206E/F                          **Schedule E/F: Creditors Who Have Unsecured Claims**                          page 3 of 3

Fill in this information to identify the case:

Debtor name      **B2 United LLC**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known):    **25-40492-11**      Chapter __**11**__

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................................................

    | $0.00 |
    |---|

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.................................................................................................................

    | $113,152.84 |
    |---|

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.................................................................................................................

    | $113,152.84 |
    |---|

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $194,484.29 |
    |---|

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

    | $1,749.26 |
    |---|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

    | +      $32,818.97 |
    |---|

4. **Total liabilities**...................................................................................................................................................

    Lines 2 + 3a + 3b

    | $229,052.52 |
    |---|

<table>
<tr><td colspan="2" style="background-color:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>B2 United LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>Northern District of Texas</b></td></tr>
<tr><td>Case number (if known):</td><td><b>25-40492-11</b></td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/19/2025**
MM/ DD/ YYYY

X **/s/ Malkiet Kataria**
Signature of individual signing on behalf of debtor

**Malkiet Kataria**
Printed name

**Director**
Position or relationship to debtor