**United States Bankruptcy Court**
**Northern District Of Texas**

In re  **B2 United LLC**                                           Case No.  **25-40492-11**

                                                                   Chapter   **11**

              Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document(s):

  Official Form 309F2 Notice of Chapter 11 Bankruptcy

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on  **02/20/2025**  .

Dated:  02/25/2025                                             **/s/ Clayton L. Everett**
                                                               Clayton L. Everett
                                                               Debtor or Debtor's(s') Counsel
                                                               Bar Number: 24065212
                                                               Norred Law, PLLC
                                                               Norred Law, PLLC
                                                               515 E. Border
                                                               Arlington, TX 76010
                                                               Phone: (817) 704-3984
                                                               Email: clayton@norredlaw.com

**Amin Dareria**
512 Fuller St
Arlington, TX 76011

**US Small Business Administration**
Attn: Bankruptcy 409 3rd St
SW Floor 2
Washington, DC 20416

**Ranger Wholesale** 600
Magic Mile St.
Arlington, TX 76011