Katharine Battaia Clark
Texas State Bar No. 24046712
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
KClark@thompsoncoburn.com
Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 25-40492-MXM |
| B2 UNITED, LLC, | § |
| | §    CHAPTER 11 |
| DEBTOR. | §    (Subchapter V) |

## CERTIFICATE OF NO OBJECTION TO TRUSTEE'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES [DKT. 59]</u>

Katharine Battaia Clark, the Subchapter V Trustee in the above-referenced case, files this *Certificate of No Objection* regarding *Trustee's First and Final Application for Compensation and Reimbursement of Expenses* [Dkt. 59] (the "Application"), and in support thereof would respectfully show the Court as follows:

1. The Trustee filed the Application on November 13, 2025. The Application included negative notice language advising all parties in interest that any objection to the Application was required to be filed within 21 days from the date of service. The Application was served as indicated on the certificate of service.

2. The deadline for objections to the Application has passed. No objection to the Application was filed by any party. Therefore, the Application is deemed unopposed and the Trustee requests that the Court grant the Application without the necessity of a hearing, enter an Order substantially in the form of the proposed order attached to the Application (which form of

order shall be uploaded to the Court for further consideration), and grant any further relief to which the Trustee may show herself to be justly entitled.

Dated:  January 7, 2026				Respectfully submitted,

			*/s/ Katharine Battaia Clark*
			**Katharine Battaia Clark**
			Texas State Bar No. 24046712
			**THOMPSON COBURN LLP**
			2100 Ross Avenue, Suite 3200
			Dallas, Texas 75201
			Phone: (972) 629-7100
			Fax: (972) 629-7171
			kclark@thompsoncoburn.com

			**SUBCHAPTER V TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice, with a courtesy copy served on those parties listed below via US mail and/or email on this 7th day of January, 2026.

B2 United LLC
dba Grab N Go
2319 N Davis Dr.
Arlington, TX 76012

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
warren@norredlaw.com

Susan B. Hersh
United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242
susan.hersh@usdoj.gov

			*/s/Katharine Battaia Clark*
			Katharine Battaia Clark