

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 8, 2026**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-40492-MXM |
| B2 UNITED, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Subchapter V) |

### ORDER APPROVING TRUSTEE'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES

The Court has considered Trustee's First and Final Application for Compensation and Reimbursement of Expenses filed on November 13, 2025 [Dkt. 59] (the "Application") in which Katharine Battaia Clark, the appointed Subchapter V trustee, requests compensation in the amount of **$2,378.50** and reimbursement of expenses in the amount of **$0.00**. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient. The Court further finds that good cause exists for the relief requested and the fees and expenses were

reasonable and necessary. The Court, having determined that the request for compensation and expenses should be granted, it is

ORDERED that the Application is granted; it is further

ORDERED that compensation in the amount of **$2,378.50** and reimbursement of expenses of **$0.00** is hereby allowed as reasonable compensation for actual and necessary services and expenses; it is further

ORDERED that the Trustee shall apply the funds she presently holds in trust in full and final satisfaction of this allowed compensation and return any excess funds in accordance with the instructions of Debtor's counsel.

# # # END OF ORDER # # #

Submitted by:

Katharine Battaia Clark
Subchapter V Trustee
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com