

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 8, 2026

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 25-40492-MXM |
| B2 UNITED, LLC, | § |
| | § CHAPTER 11 |
| DEBTOR. | § (Subchapter V) |

**ORDER APPROVING TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND EXPENSES**

The Court has considered Trustee's First and Final Application for Compensation and Reimbursement of Expenses filed on November 13, 2025 [Dkt. 59] (the "Application") in which Katharine Battaia Clark, the appointed Subchapter V trustee, requests compensation in the amount of **$2,378.50** and reimbursement of expenses in the amount of **$0.00**. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient. The Court further finds that good cause exists for the relief requested and the fees and expenses were

reasonable and necessary. The Court, having determined that the request for compensation and expenses should be granted, it is

ORDERED that the Application is granted; it is further

ORDERED that compensation in the amount of **$2,378.50** and reimbursement of expenses of **$0.00** is hereby allowed as reasonable compensation for actual and necessary services and expenses; it is further

ORDERED that the Trustee shall apply the funds she presently holds in trust in full and final satisfaction of this allowed compensation and return any excess funds in accordance with the instructions of Debtor's counsel.

# # # END OF ORDER # # #

Submitted by:

Katharine Battaia Clark
Subchapter V Trustee
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
972-629-7100
972-629-7171 (fax)
kclark@thompsoncoburn.com

ORDER APPROVING TRUSTEE'S FIRST AND FINAL APPLICATION FOR
COMPENSATION AND EXPENSES – Page 2

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-40492-mxm |
| B2 United LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + B2 United LLC, 2319 N Davis Dr., Arlington, TX 76012-4104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Jan 08 2026 21:24:00 | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 10, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor B2 United LLC clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| John Kendrick Turner | on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Katharine B. Clark -SBRA V | |

District/off: 0539-4 | User: admin | Page 2 of 2

Date Rcvd: Jan 08, 2026 | Form ID: pdf012 | Total Noticed: 2

    KClark@ThompsonCoburn.com
smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;lbrasher@thompsoncoburn.com;
hfischer@thompsoncoburn.com

Katharine B. Clark -SBRA V

    on behalf of Trustee Katharine B. Clark -SBRA V KClark@ThompsonCoburn.com
smeiners@thompsoncoburn.com;ldebardeleben@thompsoncoburn.com;KClark@ecf.axosfs.com;lbrasher@thompsoncoburn.com;
hfischer@thompsoncoburn.com

United States Trustee

    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

    on behalf of Debtor B2 United LLC warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 6