Katharine Battaia Clark
Texas State Bar No. 24046712
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
KClark@thompsoncoburn.com
Subchapter V Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 25-40492-MXM |
| B2 UNITED, LLC, | § |
| | §    CHAPTER 11 |
| DEBTOR. | §    (Subchapter V) |

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

    I, Katharine Battaia Clark, having been appointed the Subchapter V Trustee of the debtor's estate in this case, report as follows: I collected funds totaling: $0 in this matter on behalf of the estate. A nonconsensual plan was confirmed on October 14, 2025, and no plan payments have been made by the trustee, nor is the trustee serving as the distribution agent under the plan. On January 8, 2026, the Court approved compensation of $2,378.50, and reimbursement of expenses in the amount of $0.00 for service as Subchapter V trustee in this case. Trustee has applied the $7,000.00 it held in trust in full satisfaction of the allowed compensation, and has returned the excess funds in accordance with the instructions of Debtor's counsel.

    I hereby certify that my administration of the estate of the above-named debtor. I request that I be discharged from any further duties as trustee in this matter.

Dated: February 2, 2026

                                                THOMPSON COBURN LLP

                                                By: */s/ Katharine Battaia Clark*
                                                    Katharine Battaia Clark
                                                    Texas Bar No. 24046712
                                                    2100 Ross Avenue, Ste. 3200
                                                    Dallas, Texas 75201
                                                    Phone: 972-629-7100
                                                    Fax: 972-629-7171
                                                    kclark@thompsoncoburn.com

                                                    SUBCHAPTER V TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on this 2nd day of February, 2026.

                                              /s/*Katharine Battaia Clark*
                                              Katharine Battaia Clark